TORRES |TORRES AND ASSOCIATES
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JACOB RENSHAW

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB RENSHAW,<br><br>Defendants. | Case No. 1:20-CR-00238 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER DROZD AND STEPHANIE STOKMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Jacob Renshaw, by and through his attorney of record, David A. Torres, hereby requesting that the sentencing hearing currently set for July 15, 2022, be continued to July 29, 2022, at 9:00 a.m.

I will be on vacation from June 25, 2022, through July 9, 2022. Counsel for Mr. Renshaw does not believe a statement in mitigation can be timely filed. A brief continuance is requested to July 29, 2022. I have spoken AUSA Stephanie Stokman and she has no objection to the continuance.

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 24, 2022

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
JACOB RENSHAW

DATED: June 24, 2022

*/s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant U.S. Attorney

# **ORDER**

**IT IS SO ORDERED** that the sentencing hearing be continued to Friday, July 29, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **June 24, 2022**

UNITED STATES DISTRICT JUDGE

2