IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:20-CR-00238-8-JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| JACOB RENSAHW, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel to be appointed to represent him on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Heather Angove, P.O. Box 28826, San Jose, CA 95159-8826, (408) 317-3071, heatherangove@gmail.com, is appointed to represent the above defendant in this case effective *nunc pro tunc* to March 12, 2024, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:  **March 19, 2024**

UNITED STATES DISTRICT JUDGE