HEATHER M. ANGOVE, CA Bar No. 197696
Law Office of Heather M. Angove
P.O. Box 28826
San Jose, CA  95159
(408) 317-3071
heatherangove@gmail.com

Attorney for Defendant
JACOB RENSHAW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB RENSHAW,<br><br>Defendant. | Case No. 1:20-cr-00238-008-JLT<br><br>**NOTICE OF FILING REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A) UNDER SEAL**<br><br>Hon. Jennifer L. Thurston |

**NOTICE IS HEREBY GIVEN** that Defendant Jacob Renshaw hereby requests to file, *__under seal__*, his Reply to the government's Opposition to his Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c)(1)(A).  Good cause exists to seal the document at issue because it contains sensitive and confidential information from Mr. Renshaw's BOP incarceration records.

Dated:  May 5, 2025

HEATHER M. ANGOVE
Law Office of Heather M. Angove

*/s/ Heather M. Angove*
HEATHER M. ANGOVE
Attorney for Defendant Jacob Renshaw

-1-