**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
JACOB RENSHAW

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB RENSHAW,<br><br>Defendants. | Case No.  1:20-CR-00238 JLT-SAB<br><br>**MOTION TO TERMINAT CJA APPOINTMENT OF JACOB RENSHWAS ATTONEY OF RECORD AND [PROPOSED ORDER]** |

On December 10, 2020, Defendant Jacob Reneshaw was indicted on federal charges.  CJA Pannel Attorney David A. Torres was appointed as trial counsel to represent Mr. Renshaw on September 8, 2021 in his criminal case. Mr. Renshaw was sentenced pursuant to a plea agreement on July 29, 2022.  Mr. Renshaw was in custody at the time of sentencing.  Counsel has conducted a diligent search of Mr. Renshaw, to no avail.  It is believed Mr. Renshaw is no longer in custody. The phase of Mr. Renshaw's criminal case, therefore, come to an end. Having completed his representation of Mr. Renshaw, CJA attorney David A. Torres now moves to terminate his appointment under the Criminal Justice Act.

Dated: July 9, 2026

Respectfully Submitted,

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
Jacob Renshaw

1

## **PROPOSED ORDER**

Having reviewed the notice and found that attorney David A. Torres has completed the services for which he was appointed, the Court hereby grants attorney David A. Torres' request for leave to withdraw as defense counsel in this matter.

Date: _____

JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

2